# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE: Leo I. Brisbois |
| vs. ) | U.S. Magistrate Judge |
| ) | |
| Michael James Deegan, ) | Case No: Crim. No. 13-235 (JRT/LIB) |
| ) | Date: October 4, 2013 |
| Defendant. ) | Court Reporter: Digital Recording |
| ) | Courthouse: Duluth |
| ) | Courtroom: 3 |
| | Time Commenced: 1:05 p.m. |
| | Time Concluded: 1:29 p.m. |
| | Sealed Hearing Time: 0 |
| | Time in Court: 0 Hours & 24 Minutes |

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

☐ **PRELIMINARY HRG ONLY**     X **DETENTION HRG ONLY**
☐ **PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det:

APPEARANCES:  Plaintiff:   Katharine T. Buzicky, Assistant U.S. Attorney
              Defendant:  Andrew H. Mohring. Assistant Federal Defender
                          X FPD        ☐ CJA        ☐ Retained        ☐ Appointed

On   X Indictment   ☐ Information   ☐ Complaint

X Defendant Ordered Detained - Government to submit proposed order

  ☐ Probable cause found. Deft bound over to District Court of Minnesota

☐ Government moves to unseal case.   ☐ Motion Granted   ☐ Motion Denied.
Additional Information:

                                                    s/Victoria L. Miller
                                                  Signature of Judicial Assistant