Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Michael James Deegan

Docket No. 0864 0:13CR00235-001(JRT)

Petition on Supervised Release

     COMES NOW **Stephanie M. Thompson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael James Deegan** who was sentenced for Possession of an Unregistered Firearm and Assault Resulting in Substantial Bodily Injury on April 3, 2014, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Submit to searches
- No contact with victim(s)
- Employment required
- Financial disclosure
- No new credit
- No firearms or dangerous weapons
- Cooperate with child support officials

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

     <u>STANDARD CONDITION</u>: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On July 10, 2022, the defendant tested positive for methamphetamine, marijuana and cocaine. The defendant admitted to taking a pill and using methamphetamine.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

- The defendant shall reside for a period of up to 120 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT           I declare under penalty of perjury that the foregoing is true and correct.

Considered and ordered this __26th__ day

of   July, 2022  , and ordered filed and made a part of the records in the above case.

  s/John R. Tunheim
Honorable John R. Tunheim
U.S. District Judge

s/ *Stephanie M. Thompson*

Stephanie M. Thompson
U.S. Probation Officer
Telephone: 218-739-0042

Executed on   July 18, 2022

Place   Fergus Falls

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer