Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Michael James Deegan

Docket No. 0864 0:13CR00235-001(JRT)

Docket No. 0864 0:22CR00056-001(JRT)

Petition on Supervised Release

COMES NOW **Jonathan R. Gourneau**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael James Deegan** who was sentenced in Docket No. 0:13CR00235-001 for Possession of Unregistered Firearms on April 3, 2014, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Submit to searches
- No contact with victim(s)
- Employment required
- Financial disclosure
- No new credit
- No firearms or dangerous weapons
- Cooperate with child support officials
- Residential Re-entry Center (modified July 26, 2022)

Michael James Deegan was sentenced in Docket No. 0:22CR00056-001 for Escape From Custody on August 3, 2021, by the Honorable Peter D. Welte, in the District of North Dakota, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol: not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Submit to searches
- Residential reentry center
- Employment required
- Obtain Cognitive skills programming

On April 14, 2022, jurisdiction was transferred to the District of Minnesota and assigned to Your Honor.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any

CASE 0:13-cr-00235-JRT-LIB   Doc. 64   Filed 08/18/22   Page 2 of 2

Petition on Supervised Release  
Page 2

RE: **Michael James Deegan**  
Docket No. 0864 0:13CR00235-001(JRT)  
Docket No. 0864 0:22CR00056-001(JRT)

controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On August 5, 2022, Mr. Deegan reported to the residential re-entry facility with drug paraphernalia, specifically a drug pipe which contained residue of a controlled substance. The pipe was turned over to Fargo Police.

On August 5, 2022, Mr. Deegan submitted to a drug test which was confirmed by Alere laboratory as positive for Fentanyl.

On August 8, 2022, the defendant submitted to a drug test which was positive for marijuana and methamphetamine. These positive tests were confirmed by Alere laboratory on August 12, 2022.

> SPECIAL CONDITION: The defendant shall reside for a period of up to 120 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility.

On August 5, 2022, Mr. Deegan reported to the residential re-entry facility as agreed by modification of his conditions of supervised release. On August 15, 2022, Mr. Deegan absconded from the facility without the permission of the facility or his supervising probation officer.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

[The rationale for a warrant is contained in Section 5 of the violation report.]

ORDER OF THE COURT

Considered and ordered this __18th__ day of __August, 2022__, and ordered filed and made a part of the records in the above case.

s/John R. Tunheim  
Honorable John R. Tunheim  
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Jonathan R. Gourneau  
Jonathan R. Gourneau  
Senior U.S. Probation Officer  
Telephone: 218-210-6034

Executed on   August 17, 2022  
Place        Bemidji

Approved:

s/ *Reginale B. Hall* for Odell Wilson  
Odell Wilson III  
Supervising U.S. Probation Officer