AO 442 (Rev. 11/11) Arrest Warrant

F#9348535

**RECEIVED**

AUG 2 5 2022

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Michael James Deegan

Defendant

)
)
)
)
)
)
)

22Y1-0818-1622-D

Case No.   22-cr-00056-JRT-1; 13-cr-00235-JRT-LI

2022 AUG 18  PM 2:38
RECEIVED
US MARSHALS
SAINT PAUL, MN

## ARREST WARRANT

To:     Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael James Deegan                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

| | | | | |
|---|---|---|---|---|
| Indictment | Superseding Indictment | Information | Superseding Information | Complaint |
| Probation Violation Petition | ✓ Supervised Release Violation Petition | Violation Notice | Order of the Court | |

This offense is briefly described as follows:
Violation of Supervised Release

Pretrial Release Violation Petition

Date:  8/18/2022

*M. Fogarty*
*Issuing officer's signature*

City and state:    Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |

Date: _____

ARRESTED ON  8/20/2022
ARRESTED BY  Cass Co SO, ND
     U.S. MARSHAL
     DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

**SCANNED**
AUG 2 6 2022

**U.S. DISTRICT COURT ST. PAUL**