# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 13-235 (JRT) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| MICHAEL JAMES DEEGAN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Robert H. Meyers shall appear as appointed counsel of record for the above named defendant in this case.

Dated: September 08, 2022

*s/Robert H. Meyers*
ROBERT H. MEYERS
Attorney ID No. 388110
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415